IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LAURA MARCELA ROSE-DODD**<br>379 Buff Cap Rd.<br>Tolland, Connecticut 06084<br><br>    Plaintiff,<br><br>    v.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**,<br>5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588<br><br>**UR MENDOZA JADDOU, DIRECTOR,**<br>**U.S. Citizenship and Immigration Services**<br>5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588<br><br>**KIRT THOMPSON, DIRECTOR OF TEXAS SERVICE CENTER,**<br>**U.S Citizenship and Immigration Services**<br>6046 N. Belt Line Rd.<br>Irving, Texas 75038<br><br>    Defendants. | Civil No.: 3:22-cv-01125-G |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby DISMISSED by stipulation of the parties.  Each party will bear its own costs/fees.

STIPULATED AND AGREED on this 19th day of December, 2022.

**Stipulation of Dismissal – Page 1**

| | |
|---|---|
| */s/ Caitlin Rowe* <br> Caitlin Rowe <br> Texas Bar No. 24124334 <br> Sharadha Sankararaman Kodem <br> Texas Bar No. 24090370 <br> The Kodem Law Firm, PLLC <br> 580 Decker Dr., Ste. 123 <br> Irving, Texas 75062 <br> Phone:  888-955-6634 ext. 101 <br> Facsimile: 817-778-9980 <br> Caitlin.rowe@kodemlaw.com <br> Sharadha.kodem@kodemlaw.com <br><br> Attorneys for Plaintiff | Dawn Whalen Theiss <br> Acting United States Attorney <br><br> /s/ Dawn Whalen Theiss <br> Dawn Whalen Theiss <br> Assistant United States Attorney <br> Texas Bar No. 24051755 <br> 1100 Commerce Street, Third Floor <br> Dallas, Texas 75242-1699 <br> Telephone:   214-659-8628 <br> Facsimile:    214-659-8807 <br> Dawn.theiss@usdoj.gov <br><br> Attorneys for Defendants |

**Stipulation of Dismissal – Page 2**